Lenard E. Schwartzer, NV Bar No. 0399
Jeanette E. McPherson, NV Bar No. 5423
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com

*Attorneys for William Robert Plise*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>WILLIAM WALTER PLISE,<br>　　　　　　　　　　　　Defendant. | Case No. BK-S-12-14724-LBR<br>Chapter 7 |
| SHELLEY D. KROHN, CHAPTER 7 TRUSTEE,<br>　　　　　　　　　　　　Plaintiff,<br>v.<br>WILLIAM R. PLISE; 5550 LAS VEGAS, LLC,<br>　　　　　　　　　　　　Defendants. | **Adv. No. 13-1047-LBR**<br>**DECLARATION OF WILLIAM WALTER PLISE**<br><br>Date: April 29, 2014<br>Time: 2:30 p.m. |

///
///
///
///
///
///
///
///
///

opposition to motion for partial summary judgment.doc

1

## DECLARATION OF WILLIAM WALTER PLISE

WILLIAM WALTER PLISE states and declares as follows:

1. I am the Debtor in Bankruptcy Case No. 12-14724 and I am aware of the allegations in Adversary No. 13-01047.

2. I state the following based on personal knowledge.

3. In August 2008, I paid my father, William Robert Plise, $50,000 for his interest in the 2007 Beaver Contessa 40' motor home that we had previously purchased from Tropical RV Centers.

4. The Contessa motor home was purchased in 2007 by my father and I. My father was credited for $157,500.00 based on the trade-in of an older motor home and I paid the balance of $175,913.71 by check from my personal Bank of Nevada account.

5. The Contessa motor home was titled in my father's name. Copies of the following are attached:

    a. sale contract from Tropical RV Centers dated June 1, 2007 which shows the trade-in and the cash balance due;

    b. My check dated June 15, 2007 to Tropical RV; and

    c. Certificate of Title dated June 27, 2007 showing ownership solely in my father's name.

6. In 2008, I purchased my father's interest in the Contessa motor home so I could use it as collateral with the Bank of George. A copy of the following is attached:

    d. Certificate of Title dated June 11, 2008 showing the title to the Contessa motor home transferred to me and the lien given by me to the Bank of George.

7. I paid my father $50,000 in August, 2008. This $50,000 payment was in payment for my father's interest in the Contessa motor home.

8. I used the Contessa motor home as collateral (valued at $220,000) with Bank of George. That is why the Bank of George is listed as a lienholder on the 2008 Certificate

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

of Title. In September, 2008, I sold my equity in the Contessa motor home (which was subject to the Bank of George lien) for $120,000 to GT Production LLC of Montana (a Halverson company). A copy of the following is attached:

    e.    Bill of Sale to GT Productions.

9. On August 17, 2010, Suzanne Frei cashed a $50,000 check from the 5550 Las Vegas, Inc. account at Service First Bank for me. I have had Ms. Frei cash checks for me several times in the past and I would usually have Ms. Frei contact me when the funds were available and I would meet her at the bank. I did this so I wouldn't have to spend a lot of time waiting at a bank for the bank personnel to obtain and count the requested cash.

10. On this particular day, I was not available to meet Ms. Frei to take the cash. I asked my father to do this for me. At my instruction, Ms. Frei gave the cash to my father. Later the same day, my father gave me the $50,000 in cash. My father held the cash for me and delivered the cash to me solely as a favor to me and for my convenience and that of Ms. Frei (who, I believed, did not want to hold on to that amount of cash).

I declare, under penalty of perjury, that the foregoing is true and correct, to the best of my knowledge, information and belief.

DATED: May 17, 2013.

                                                                /s/ William Walter Plise
                                                                WILLIAM WALTER PLISE

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

WRPLise/Declaration of WWPlise                                                          Page 2 of 2

| FOR OFFICE USE | **Tropical RV Centers** | Order Date: Jun 01, 2007 |
|---|---|---|
| RM105000JS | 3430 S Hwy 160<br>Pahrump, NV 89048<br>(775) 727-8822 | |

Purchaser **WILLIAM PLISE**                                     Tel. No. **(702) 871-4065**
Street Address **9880 WEST PEBBLE RD**    Town **LAS VEGAS**    State **NV**    County _____    Zip **89178**
Salesman **Mark Croft**

I hereby agree to purchase from you under the following conditions as specified below:

| New or Used | Year | Make/Model | Type | Stock Number |
|---|---|---|---|---|
| New | 2007 | Beaver CONTESSA 40LAG4 | A - Motor Home | 1068 |
| Odometer Reading: 1305 | | Serial Number: 1RF49564971041089 | Delivery Date: | |

### Accessories Installed by Dealer
- INSTALL 4 GLASSMAT BATTS ON SLIDETRAY
- INSTALL 3 100 WATT SOLAR PANELS
- INSTALL 100 GAL FRESH WATER TANK
- INSTALL REAR PLUG TO MATCH TRAILER
- INSTALL 100 LB SLIDEOUT FREEZER
- INSTALL 12000 LB TRAILER BALL AND WIRING
- TRANSFER ALL BELONGINGS FROM TRADE TO 2007 40

Total Accessories:

### Service/Protection Plans
SERVICE CONTRACT
GAP TERM:        GAP Ins.
TIRE WARRANTY
Roadside Assistance        0.00
Paint Protection           0.00
Etch                       0.00

| | |
|---|---|
| Cash Delivered Price | 311,816.00 |
| Total Accessories | 2,595.00 |
| SALES TAX | 10,604.96 |
| Title Fee | 28.25 |
| Service/Protection Plans Total | 0.00 |
| Doc Fee: | 199.50 |
| **TOTAL CASH PRICE:** | **325,243.71** |
| Trade-In | 157,500.00 |
| Less Pay - off | 0.00 |
| NET ALLOWANCES | 157,500.00 |
| Initial Deposit | 0.00 |
| Open Acct. or Note | 0.00 |
| Cash Due on Delivery | 0.00 |
| Dealer Rebate | 0.00 |
| **TOTAL DOWN PAYMENT** | **157,500.00** |
| **UNPAID BALANCE** | **167,743.71** |

### TRADE-IN #1
Year **2004**    Make **DUTCHSTAR**
Model **40**            Odometer **16060**
VIN No. **4VZBR1D954C045449**
Amount Owed on Trade   $ **0.00**
Pay-OFF To: _____

### TRADE-IN #2
Year _____    Make _____
Model _____            Odometer _____
VIN No. _____
Amount Owed on Trade   $ **0.00**
Pay-OFF To: _____

* In some states the "Trade In Allowance" does not reduce the Taxable Total.

Buyer: _____
Co-Buyer: _____
Mgr: **John Mathiasen**    Date: **Jun 01, 2007**

This purchase is made with no warranty implied, and is sold "As Is" (unless otherwise stated). Buyer acknowledges that this agreement includes all of the terms and conditions pertaining to this purchase on both the face and reverse side, and no other agreement or promise of any kind (verbal or written) will be recognized. Upon failure or refusal of the buyer to complete this agreement, all or part of the cash deposit may be retained as liquidated damages. The buyer certifies he/she is of legal age and acknowledges herewith receipt of a copy of this agreement. Not valid unless accepted by Authorized Representative of Tropical RV Centers.

CheckImage

Page 1 of 1





Front

Back

Close

# STATE OF NEVADA
## DEPARTMENT OF MOTOR VEHICLES

### CERTIFICATE OF TITLE

**VIN:** 1RF49564971041089
**YEAR:** 2007
**MAKE:** BEAE
**MODEL:** 40
**VEHICLE BODY:** TMH
**TITLE NUMBER:** NV001930010

**DATE ISSUED:** 06/27/2007
**ODOMETER MILES:** 0
**FUEL TYPE:** 
**SALES TAX PD:**
**EMPTY WT:**
**GROSS WT:** 37600
**GVWR:**

**VEHICLE COLOR:**
**ODOMETER BRAND:** EXEMPT WEIGHT
**BRANDS:**

**OWNER(S) NAME AND ADDRESS**
PLISE WILLIAM ROBERT
5740 DEL REY AVE
LAS VEGAS NV 89146-1202

**LIENHOLDER(S) NAME AND ADDRESS**

**LIENHOLDER(S) RELEASE** – INTEREST IN THE VEHICLE DESCRIBED ON THIS TITLE IS HEREBY RELEASED

**SIGNATURE OF AUTHORIZED AGENT** / **DATE**

**PRINTED NAME OR COMPANY STAMP**

FEDERAL AND STATE LAW REQUIRES THAT YOU STATE THE MILEAGE IN CONNECTION WITH THE TRANSFER OF OWNERSHIP. FAILURE TO COMPLETE OR PROVIDING A FALSE STATEMENT MAY RESULT IN FINES AND/OR IMPRISONMENT.
The undersigned hereby certifies the vehicle described in this title has been transferred to the following buyer(s):

**Printed Full Legal Name of Buyer:** William W. Plise

**Nevada Driver's License Number or Identification Number**

**Printed Full Legal Name of Buyer:**

**Address:**
**City:** **State:** **Zip Code:**

I certify to the best of my knowledge the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked.
☐ The mileage stated is in excess of its mechanical limits.
☐ The odometer reading is not the actual mileage. WARNING: ODOMETER DISCREPANCY
☐ Exempt - Model year over 9 years old.

**ODOMETER READING:** 5382  NO TENTHS

**Signature of Seller(s)/Agent/Dealership:** William R Plise
**Printed Name of Seller(s)/Agent/Dealership:** William R Plise

I am aware of the above odometer certification made by the seller/agent. ☐
**Dealer's License Number:**
**Date of Sale:**

**Signature of Buyer:**
**Printed Full Legal Name of Buyer:** William W. Plise

ACCORDING TO THE RECORDS OF THE DEPARTMENT OF MOTOR VEHICLES, THE PERSON NAMED HEREON IS THE OWNER OF THE VEHICLE DESCRIBED ABOVE, SUBJECT TO LIEN AS SHOWN.

**CONTROL NO.** 0666949B
(THIS IS NOT A TITLE NO.)

RD-2 (Rev. 1/06)

ALTERATION OR ERASURE VOIDS THIS TITLE

# STATE OF NEVADA
## DEPARTMENT OF MOTOR VEHICLES

### CERTIFICATE OF TITLE

| VIN | YEAR | MAKE | MODEL | VEHICLE BODY | TITLE NUMBER |
|---|---|---|---|---|---|
| 1RF49564971041089 | 2007 | BEAE | 40' | TMH | NV002717814 |

| DATE ISSUED | ODOMETER MILES | FUEL TYPE | SALES TAX PD | EMPTY WT | GROSS WT | GVWR |
|---|---|---|---|---|---|---|
| 06/11/2008 | 0 | D | | | 37600 | |

VEHICLE COLOR    ODOMETER BRAND                    BRANDS

EXEMPT WEIGHT

**OWNER(S) NAME AND ADDRESS**
PLISE WILLIAM W
5550 PAINTED MIRAGE RD STE 500
LAS VEGAS NV  89149-4584

**LIENHOLDER(S) NAME AND ADDRESS**
BANK OF GEORGE
9115 W RUSSELL RD STE 110
LAS VEGAS NV  89148-1235

LIENHOLDER(S) RELEASE – INTEREST IN THE VEHICLE DESCRIBED ON THIS TITLE IS HEREBY RELEASED:

SIGNATURE OF AUTHORIZED AGENT        DATE

PRINTED NAME OR COMPANY STAMP

FEDERAL AND STATE LAW REQUIRES THAT YOU STATE THE MILEAGE IN CONNECTION WITH THE TRANSFER OF OWNERSHIP. FAILURE TO COMPLETE OR PROVIDING A FALSE STATEMENT MAY RESULT IN FINES AND/OR IMPRISONMENT.
The undersigned hereby certifies the vehicle described in this title has been transferred to the following buyer(s):

Printed Full Legal Name of Buyer        Nevada Driver's License Number or Identification Number   ☐ AND ☐ OR

Printed Full Legal Name of Buyer        Nevada Driver's License Number or Identification Number

Address        City        State        Zip Code

I certify to the best of my knowledge the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked.
☐ The mileage stated is in excess of its mechanical limits.
☐ The odometer reading is not the actual mileage. WARNING: ODOMETER DISCREPANCY.
☐ Exempt – Model year over 9 years old.

ODOMETER READING    NO TENTHS

Signature of Seller(s)/Agent/Dealership        Printed Name of Seller(s)/Agent/Dealership

I am aware of the above odometer certification made by the seller/agent. ☐    Dealer's License Number        Date of Sale

Signature of Buyer        Printed Full Legal Name of Buyer

ACCORDING TO THE RECORDS OF THE DEPARTMENT OF MOTOR VEHICLES, THE PERSON NAMED HEREON IS THE OWNER OF THE VEHICLE DESCRIBED ABOVE, SUBJECT TO LIEN AS SHOWN.

CONTROL NO. **1342120B**
(THIS IS NOT A TITLE NO.)

RD-2 (Rev. 1/08)

ALTERATION OR ERASURE VOIDS THIS TITLE

## BILL OF SALE OF MOTOR VEHICLE

**FOR AND IN CONSIDERATION** of the sum of One Hundred Twenty Thousand Dollars ($120,000.00) in hand and of which receipt is hereby acknowledged,

William Plise of
9880 W Pebble Rd
Las Vegas, Nevada
89178
(Hereinafter "Seller")

hereby grant, sell, transfer, convey, deliver and give to

GT Productions LLC of
Montana
(Hereinafter "Buyer")

the following described Motor Vehicle:

| MAKE: Beaver | VEHICLE IDENTIFICATION NUMBER (VIN): 1RF49564971041089 |
|---|---|
| MODEL: 40' Contessa | BODY COLOR: Brown, Tan |
| YEAR: 2007 | ODOMETER READING: 7575 Miles |

**PAYMENT AND SCHEDULE**
The Buyer has paid Seller the full purchase price of Motor Vehicle. Payment was made via Cash.

**TITLE AND WARRANTY**
The Seller declares the following are true:

a. The Seller is the lawful owner of the Motor Vehicle and has the legal right to sell the Motor Vehicle;
b. That Seller will warrant and defend the title of the Motor Vehicle against any and all lawful claims and demands of all persons;
c. The Motor Vehicle is currently subject to the following liens: $220,000.00 is owed to Bank of George to pay off the remaining balance of the loan. These liens shall be

c. The Motor Vehicle is currently subject to the following liens: $220,000.00 is owed to Bank of George to pay off the remaining balance of the loan. These liens shall be removed on or before yes . The Seller warrants that there are no other liens, claims or encumbrances of any kind against the Motor Vehicle;

## MOTOR VEHICLE INSPECTION INFORMATION

a. The Seller disclaims all expressed or implied warranties as to the merchantability or fitness of the Motor Vehicle for a particular purpose;
b. The Buyer has been given the opportunity to have the Motor Vehicle inspected. The Buyer has accepted the Motor Vehicle in its existing condition;

Seller:
Signature: _William Plise_ (signed)
Print Name: _William Plise_

Buyer:
Signature: _[signature]_
Print Name: _MICHAEL A. [illegible]_

Signed September 12, 2008.

## ODOMETER DISCLOSURE STATEMENT

**Federal law requires that the mileage is stated upon transfer of ownership. Failure to complete or falsifying this statement may lead to fines and/or imprisonment.**

The Seller hereby declares that the Motor Vehicle Odometer currently reads 7575 Miles. The Seller also declares that to the best of his or her knowledge the Odometer reading is accurate and displays the actual mileage of the Motor Vehicle.

Seller Information
William Plise
9880 W Pebble Rd
Las Vegas, Nevada
89178

Buyer Information
GT Productions LLC
3105 SHADOWLEAF CT.
LAS VEGAS NV
89117

| Make: Beaver | Vehicle Identification Number (VIN): 1RF49564971041089 |
|---|---|
| Model: 40' Contessa | |
| | Body Color: Brown, Tan |
| Year: 2007 | |

| Odometer Reading: |
|---|

Seller:                                                      Buyer:

Signature: _William Plise_ (signature)          Signature: _michael nawrasen_ (signature)

Print Name: _William Plise_                     Print Name: _Michael A Nawrasen_

Signed September 12, 2008.