Lenard E. Schwartzer, NV Bar No. 0399
Jeanette E. McPherson, NV Bar No. 5423
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com

*Attorneys for William Robert Plise*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-12-14724-LBR |
| WILLIAM WALTER PLISE, | Chapter 7 |
| Defendant. | |
| SHELLEY D. KROHN, CHAPTER 7 TRUSTEE, | **Adv. No. 13-1047-LBR** |
| | **DECLARATION OF SUZANNE FREI** |
| Plaintiff, | |
| v. | |
| WILLIAM R. PLISE; 5550 LAS VEGAS, LLC, | |
| Defendants. | Date: April 29, 2014
Time: 2:30 p.m. |

///
///
///
///
///
///
///
///
///

opposition to motion for partial summary judgment.doc

1

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

## DECLARATION OF SUZANNE FREI

WILLIAM WALTER PLISE states and declares as follows:

1. I am aware that William Walter Plise is the Debtor in Bankruptcy Case No. 12-14724 and I am aware that the trustee has alleged that $50,000 was fraudulently conveyed to William Robert Plise in Adversary No. 13-01047 by my handing him cash on August 17, 2010.

2. William Walter Plise had me cash checks for him several times in the past and he would usually have me contact him when the funds were available and he would meet me at the bank to take the cash. He did this so he wouldn't have to spend a lot of time waiting at a bank for the bank personnel to obtain and count the requested cash.

2. On August 17, 2010, I cashed a $50,000 check from the 5550 Las Vegas, Inc. account at Service First Bank for William Walter Plise.

3. On this particular day, William Walter Plise was not available to meet me at the bank to take the cash. At the bank, at William Walter Plise's instruction, I gave the cash to William Robert Plise. The cash was handled this way because I did not want to hold on to that amount of cash outside the bank.

I declare, under penalty of perjury, that the foregoing is true and correct, to the best of my knowledge, information and belief.

DATED: May 17, 2013.

*Suzanne M Frei*
SUZANNE FREI

WRPLise/Declaration of WWPlise

Page 1 of 1